Certificate Number: 12433-PAE-DE-027912509

Bankruptcy Case Number: 13-16981



12433-PAE-DE-027912509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 15, 2016, at 5:53 o'clock PM EDT, Patricia D. Burton completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 15, 2016        By:    /s/Laura Gannon

                             Name:  Laura Gannon

                             Title: Teacher