IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|  | : |  |
| Patricia Burton | : | No. 13-16981-elf |
| Debtor |  |  |

O  R  D  E  R

AND NOW, this **30th** day of **August**, 2016, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L. FRANK
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Patricia Burton

Payroll Controller
City of Philadelphia
750 Race Street
Philadelphia, PA 19107