United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-16981-elf
Patricia D Burton                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine              Page 1 of 2              Date Rcvd: Jan 24, 2017
                              Form ID: 138NEW           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.
```
db             +Patricia D Burton,    2652 S. Daggett Street,    Philadelphia, PA 19142-2805
13122178      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13227046       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13122177       +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3439
13201505        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13122181       +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
13122182       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13122185       +HSBC Card Services,    PO Box 71104,    Charlotte, NC 28272-1104
13122188       +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13122189       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13287349       +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13122190       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 25 2017 01:56:16      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2017 01:55:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 25 2017 01:56:11      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2017 01:51:43      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2017 02:04:50
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13167878       +E-mail/Text: bncmail@w-legal.com Jan 25 2017 01:56:04      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13125084       +E-mail/Text: g20956@att.com Jan 25 2017 01:56:25      AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13125988        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 25 2017 02:04:30
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
13127659        E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2017 01:51:04      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13122184       +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2017 01:51:26      Gecrb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13122186       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 25 2017 01:55:38      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13205322        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2017 02:04:10
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13122187       +E-mail/Text: blegal@phfa.org Jan 25 2017 01:56:00      Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13122191       +E-mail/Text: bankruptcy@sw-credit.com Jan 25 2017 01:55:59      Sw Crdt Sys,
                 5910 W Plano Pkwy Suite 100,    Plano, TX 75093-2202
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13122179*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13122180*      +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3439
13122183*      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13122176      ##+Bureau Of Collection R,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
                                                                                TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Denine              Page 2 of 2                  Date Rcvd: Jan 24, 2017
                              Form ID: 138NEW           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Patricia D Burton dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S Bank National Assocation, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    U.S Bank National Assocation, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                            TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Patricia D Burton
    Debtor(s)

Bankruptcy No: 13–16981–elf
Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

>    900 Market Street
>    Suite 400
>    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/24/17