United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia D Burton  
      Debtor

Case No. 13-16981-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Denine     Page 1 of 1     Date Rcvd: Mar 07, 2017  
                       Form ID: 195     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.  
db         +Patricia D Burton,   2652 S. Daggett Street,   Philadelphia, PA 19142-2805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2017 02:50:45     GE Capital Retail Bank,  
       c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,  
       Miami, FL  33131-1605  
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2017 02:51:19  
       PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067  
                                                                                      TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2017 at the address(es) listed below:  
        DAVID M. OFFEN    on behalf of Debtor Patricia D Burton dmo160west@gmail.com,  
       davidoffenecf@gmail.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S Bank National Assocation, Et Al...  
       bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,  
       dmaurer@pkh.com  
        THOMAS I. PULEO    on behalf of Creditor    U.S Bank National Assocation, Et Al...  
       tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                     TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                        : Chapter 13

Patricia D Burton                                                              : Case No. 13−16981−elf
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , March 7, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court